IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **GS HOLISTIC LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00664-O |
| § | |
| **CHAGANIS PROPERTIES LLC d/b/a,** § | |
| **DA PUFF N BUZZ,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Default Final Judgment Against Both Defendants (ECF No. 23) is **GRANTED** in **PART**. The Court awards $15,000 in statutory damages, $1,079.80 in costs, and injunctive relief as specified in the Final Judgment.

**SO ORDERED** on this **14th** day of **June, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE